IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Criminal Action No.: 0:19-cr-00420-JMC |
| | ) | |
| v. | ) | **VERDICT FORM** |
| | ) | |
| Johnny Ricardo Neal, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

WE, THE JURY, following due deliberations in the above matter, unanimously return the following verdict:

### COUNT 1
(Conspiracy to Violate Federal Law)

1. As to Count 1, we unanimously find Defendant Johnny Ricardo Neal, Jr.:

☐ Not Guilty

✓ Guilty

(If you found the defendant "Guilty" of Count 1 above, please proceed to answer Questions 1A, 1B, 1C, 1D, and 1E. If you found the defendant "Not Guilty" of Count 1, do not answer Questions 1A, 1B, 1C, 1D, or 1E.)

WE, THE JURY, find the conspiracy involved the following objects:

1A. ✓ Wire fraud in violation of 18 U.S.C. § 1343

1B. ☐ Tampering in violation of 18 U.S.C. § 1512(c)(1)

1C. ✓ Falsification of records in federal investigation in violation of 18 U.S.C. § 1519

1D. ☐ False statement in violation of 18 U.S.C. § 1001(a)(2)

1E. ✓ Federal program theft in violation of 18 U.S.C. § 666(a)(1)(A)

1

## COUNT 2
(Deprivation of Civil Rights)

2. As to Count 2, we unanimously find Defendant Johnny Ricardo Neal, Jr.:

☐ Not Guilty

 ✓ Guilty

## COUNT 3
(Deprivation of Civil Rights)

3. As to Count 3, we unanimously find Defendant Johnny Ricardo Neal, Jr.:

 ✓ Not Guilty

☐ Guilty

(If you found the defendant "Guilty" of Count 3 above, please proceed to answer Question 3A. If you found the defendant "Not Guilty" of Count 3, do not answer Question 3A.)

> 3A. If your verdict on Count 3 is guilty, indicate whether you unanimously find, beyond a reasonable doubt, that Kevin Simpson suffered bodily injury as a result of Defendant Johnny Ricardo Neal, Jr.'s acts as charged in Count 3:
>
> ☐ Not Proven
>
> ☐ Proven

## COUNT 5
(Falsification of Records)

5. As to Count 5, we unanimously find Defendant Johnny Ricardo Neal, Jr.:

☐ Not Guilty

 ✓ Guilty

2

## COUNT 9
(Federal Program Theft)

9. As to Count 9, we unanimously find Defendant Johnny Ricardo Neal, Jr.:

☐ Not Guilty

☑ Guilty

## COUNT 10
(Wire Fraud)

10. As to Count 10, we unanimously find Defendant Johnny Ricardo Neal, Jr.:

☐ Not Guilty

☑ Guilty

## COUNT 11
(Wire Fraud)

11. As to Count 11, we unanimously find Defendant Johnny Ricardo Neal, Jr.:

☐ Not Guilty

☑ Guilty

## COUNT 12
(Wire Fraud)

12. As to Count 12, we unanimously find Defendant Johnny Ricardo Neal, Jr.:

☐ Not Guilty

☑ Guilty

3

## COUNT 13
(Wire Fraud)

13. As to Count 13, we unanimously find Defendant Johnny Ricardo Neal, Jr.:

☐ Not Guilty

☑ Guilty

## COUNT 14
(Wire Fraud)

14. As to Count 14, we unanimously find Defendant Johnny Ricardo Neal, Jr:

☐ Not Guilty

☑ Guilty

## COUNT 15
(Wire Fraud)

15. As to Count 15, we unanimously find Defendant Johnny Ricardo Neal, Jr:

☐ Not Guilty

☑ Guilty

## COUNT 16
(Wire Fraud)

16. As to Count 16, we unanimously find Defendant Johnny Ricardo Neal, Jr:

☐ Not Guilty

☑ Guilty

## COUNT 17
(Wire Fraud)

17. As to Count 17, we unanimously find Defendant Johnny Ricardo Neal, Jr:

☐ Not Guilty

☑ Guilty

I certify that this decision is the unanimous decision of the jury.

FOREPERSON

April  23  , 2021
Columbia, South Carolina